IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| R.H., Individually and on behalf of her minor child, T.H., | ) ) ) | Civ. No.  06-00201JMS-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DR. PATRICIA HAMAMOTO, etc., et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 6, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation to Grant Defendants' Motion to Dismiss Complaint," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 28, 2006.



_____
J. Michael Seabright
United States District Judge